IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01230-LTB

DAVID LEE COLLINS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 6, 2014, it is hereby

    ORDERED that Judgment is entered in favor of the unnamed Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 6th day of June, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/K Lyons
                                      Deputy Clerk